IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIAM GARNER**                                                                                           **PETITIONER**
Reg. # 94170-509

v.                              CASE NO. 2:24-cv-00209-BSM-ERE

**CHAD GARRETT, Warden,**
**FCI-Forrest City**                                                                                         **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE