# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**WILLIAM GARNER**                                                                                  **PETITIONER**
Reg. # 94170-509

**VS.**                              **No. 2:24-cv-00209-BSM-ERE**

**CHAD GARRETT, Warden,**
**FCI-Forrest City**                                                                                **RESPONDENT**

## ORDER

On November 15, 2024, Petitioner William Garner filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241 (*Doc. 1*). Respondent asserts that Mr. Garner's claims should be dismissed for lack of jurisdiction. *Doc. 9*.

Mr. Garner has up to and including Tuesday, February 25, 2025, to file a response addressing the arguments in Respondent's motion.

Additionally, the Clerk of the Court is directed to change Respondent to "Craig Stalhood Acting Warden, FCI-Forrest City."

So Ordered 4 February 2025.

_____
UNITED STATES MAGISTRATE JUDGE