IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIAM GARNER**                                                                            **PETITIONER**
*#94170-509*

v.                                          CASE NO. 2:24-CV-00209-BSM

**CRAIG STALHOOD**                                                                         **RESPONDENT**
*Acting Warden, FCI-Forrest City*

### ORDER

After careful review of the record, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 12] is adopted. Respondent's motion to dismiss [Doc. No. 9] is granted and William Garner's petition for writ of habeas corpus [Doc. No. 1] is dismissed, without prejudice, for lack of subject matter jurisdiction.

IT IS SO ORDERED this 18th day of March, 2025.

UNITED STATES DISTRICT JUDGE