IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIAM GARNER**                                                                        **PETITIONER**
Reg. # 94170-509

v.                            CASE NO. 2:24-cv-00209-BSM

**CRAIG STALHOOD**
*Acting Warden, FCI-Forrest City*                                                **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE